CHARLES SIROTA, Appellant, *v.* JOSEPH SHACKNOVITZ et al., Respondents, Impleaded with Another.

*Appeal — motion to withdraw appeal granted.*

*Sirota* v. *Shacknovitz*, 212 App. Div. 884, appeal withdrawn.
(Argued September 27, 1926; decided October 5, 1926.)

MOTION to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 18, 1925, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

The motion was made upon the ground that the

interests of the appellant would be best served by withdrawal of the appeal.

*A. B. Reed* for motion.

*S. R. Wachtell* opposed.

Motion granted on payment of costs of appeal and ten dollars costs of motion.